**EXHIBIT 1**

# PRACTICE PLAN INCENTIVE AGREEMENT

I, Roger A. de la Torre, M.D., of the Department of Surgery having executed the agreement for participation in the University Physicians medical Practice Plan, agree that all Plan income and net Plan income (as defined in the Plan document) will be distributed according to sections .35 and .36 of the Plan document. (The University Physicians Plan document is available at www.system.missouri.edu/uminfo/rules/medical/440040.htm). For salary year 09/01/07 to 8/31/08, I hereby select the following option for distribution of incentive income (as defined in the Plan document) should any such income occur:

_____ 1. To participate as an individual with all attributable incentive income, to the extent available, payable to me with no reductions for departmental or divisional support.

__X__ 2. To participate as an individual with all attributable incentive income, to the extent available, payable to me after a reduction for departmental and/or divisional support as described in the attached document.

_____ 3. To participate as a member of a group with all other participants within Division of General Surgery for the purpose of sharing all available incentive income as described in the attached document.

_____ 4. No payment of individual distribution.

Ineligible income will be distributed to Department of Surgery.

Roger A. de la Torre, M.D.
Participant's Name

Department of Surgery
Department

Participant's Signature

Division of General Surgery
Division

Date  12/10/07